| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (CABN 177104)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6758 |
| 7 | Facsimile: (415) 436-6753<br>E-Mail: owen.martikan@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: CR09-0973-JSW |
| | ) | |
| v. | ) | [PROPOSED] ORDER STAYING THE |
| | ) | MAGISTRATE JUDGE'S RELEASE ORDER |
| | ) | PENDING REVIEW |
| DONALD THOMAS TOSTI, | ) | |
| | ) | AND SETTING BRIEFING SCHEDULE |
| Defendant. | ) | ON MOTION FOR REVIEW OF |
| | ) | RELEASE ORDER |

For good cause shown, the United States' motion for a stay of Magistrate Judge Elizabeth Laporte's order granting release to defendant Donald Tosti in the above-entitled case is GRANTED. Said order is STAYED pending resolution of the United States' motion for review. It is further ORDERED that defendant Tosti is to remain in the custody of the United States Marshals Service until further order of the Court.

SO ORDERED.

DATED: November 6, 2009

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

USA MOTION TO STAY & REVIEW RELEASE ORDER
CASE NO. CR 09-0973 JSW

IT IS FURTHER ORDERED that Defendant's opposition to the motion for review of the release order shall be due on November 13, 2009. The Government's reply shall be due on November 20, 2009.