1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CABN 163973)
3    Chief, Criminal Division

4    OWEN P. MARTIKAN (CSBN 177104)
     Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7241
7       Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov
8
     Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
     UNITED STATES OF AMERICA,          )      CR 09-0973 JSW
14                                       )
                                         )
15               Plaintiff,              )      **STIPULATION AND [PROPOSED]**
                                         )      **ORDER EXCLUDING TIME**
16          v.                           )
                                         )
17   DONALD THOMAS TOSTI,                )
                                         )
18                                       )
                 Defendant.              )
19   _____)

20

21          On December 10, 2009, the parties in this case appeared before the Court for a hearing on

22   the United States' motion for review of the magistrate judge's release order.  The parties

23   stipulated and the Court agreed that time should be excluded from the Speedy Trial Act

24   calculations from December 10, 2009, through January 7, 2010, for continuity and effective

25   preparation of defense counsel.  The parties represented that granting the continuance would

26   allow the reasonable time necessary for effective preparation of defense counsel, taking into

27   account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also

28   agreed that the ends of justice served by granting such a continuance outweighed the best

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0973 JSW

interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: December 17, 2009

/s/
_____
OWEN P. MARTIKAN
Assistant United States Attorney

DATED: December 17, 2009

/s/
_____
DANIEL BLANK
Attorney for Donald Tosti

**[PROPOSED] ORDER**

As the Court found on December 10, 2009, and for the reasons stated above, an exclusion of time from December 10, 2009, through January 7, 2010, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: December 18, 2009
_____
HON. JEFFREY S. WHITE
United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0973 JSW