1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   OWEN P. MARTIKAN (CSBN 177104)
    Assistant United States Attorneys

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7241
7       Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov

8
    Attorneys for Plaintiff

9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )    CR 09-0973 JSW
14                                     )
                                       )
15              Plaintiff,             )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER EXCLUDING TIME**
16              v.                     )
                                       )
17   DONALD THOMAS TOSTI,              )
                                       )
18                                     )
                Defendant.             )
19   _____ )

20

21        On January 7, 2010, the parties in this case appeared before the Court for a hearing on the

22   United States' motion for review of the magistrate judge's release order.  The parties stipulated

23   and the Court agreed that time should be excluded from the Speedy Trial Act calculations from

24   January 7, 2010, through March 25, 2010, for continuity and effective preparation of defense

25   counsel.  The parties represented that granting the continuance would allow the reasonable time

26   necessary for effective preparation of defense counsel, taking into account the exercise of due

27   diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agreed that the ends of justice served

28   by granting such a continuance outweighed the best

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0973 JSW

1 | interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

2 | The parties further agreed that the time period from January 28, 2010. through March 25,

3 | 2010, is also excluded from Speedy Trial Act calculations by operation of law.  18 U.S.C. §

4 | 3161(h)(1)(D).

5 | SO STIPULATED:

6 | JOSEPH P. RUSSONIELLO
United States Attorney

7 |

8 | DATED: January 14, 2010

/s/
_____
OWEN P. MARTIKAN

9 | Assistant United States Attorney

10 |

11 | DATED: January 14, 2010

/s/
_____

12 | DANIEL BLANK
Attorney for Donald Tosti

13 |

14 | **[PROPOSED] ORDER**

15 | As the Court found on December 10, 2009, and for the reasons stated above, an exclusion

16 | of time from January 7, 2010, through March 25, 2010, is warranted because the ends of justice

17 | served by the continuance outweigh the best interests of the public and the defendant in a speedy

18 | trial.  *See* 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny

19 | defense counsel the reasonable time necessary for effective preparation, taking into account the

20 | exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

21 | §3161(h)(7)(B)(iv).  The time period from January 28, 2010, through March 25, 2010, is also

22 | excluded from Speedy Trial Act calculations by operation of law.  18 U.S.C. § 3161(h)(1)(D).

23 |

24 | SO ORDERED.

25 |

26 | DATED: January 15, 2010

27 | HON. JEFFREY S. WHITE
United States District Judge

28 |

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 09-0973 JSW