BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TOSTI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-0973 JSW (~~EDL~~) |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| v. | ) | |
| DONALD THOMAS TOSTI, | ) | Honorable Elizabeth D. Laporte |
| Defendant. | ) | |

With the approval of U.S. Pretrial Services Officer Silvio Lugo, the parties stipulate and jointly request that the conditions of pretrial release for Defendant Donald Thomas Tosti be amended to allow him to possess and use a personal computer for word processing and similar functions, provided that any such computer shall be monitored by Pretrial Services and shall have no access whatsoever to the Internet. Pretrial Services will install computer working software that disables it from internet access and also monitors its use to ensure compliance.

IT IS SO STIPULATED.

JOSEPH RUSSONIELLO
United States Attorney

DATED: 7/29/10        _____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

DATED: 7/29/10        _____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Donald Thomas Tosti

IT IS SO ORDERED.

DATED: August 3, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

STIP. & PROP. ORDER        1