1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant TOSTI

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 09-0973 JSW (EDL) |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| DONALD THOMAS TOSTI, ) | AS MODIFIED |
| Defendant. ) | Honorable Elizabeth D. Laporte |

Case 4:09-cr-00973-JSW   Document 99   Filed 08/27/10   Page 2 of 2

1  With the approval of U.S. Pretrial Services Officer Richard Sarlatte, the parties stipulate and
2  jointly request that the condition of pretrial release permitting Defendant Donald Thomas Tosti to
3  have supervised visits with his grandchildren for up to two hours per visit be amended to allow him
4  to have such supervised visits with his grandchildren ~~visits~~ edl, subject to the approval of the Pretrial
5  Services Officer, for up to six hours per visit.  All other conditions of release to remain the same.
6  IT IS SO STIPULATED.

7                                                        MELINDA HAAG
                                                         United States Attorney
8

9  DATED: 8/26/10                    _____/s/_____
                                                         OWEN MARTIKAN
10                                                        Assistant United States Attorney

11

12 DATED: 8/26/10                    _____/s/_____
                                                         DANIEL P. BLANK
13                                                        Assistant Federal Public Defender
                                                         Attorney for Donald Thomas Tosti
14

15 IT IS SO ORDERED.

16 DATED: August 27, 2010                    _____
                                                         ELIZABETH D. LAPORTE
17                                                        United States Magistrate Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]
[Seal: United States District Court, Northern District of California]

STIP. & PROP. ORDER                                      1