BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant TOSTI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0973 JSW (EDL) |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| DONALD THOMAS TOSTI, ) | |
| Defendant. ) | Honorable Elizabeth D. Laporte |

1    With the approval of U.S. Pretrial Services Officer Richard Sarlatte, the parties stipulate and

2  jointly request that the condition of pretrial release for Defendant Donald Thomas Tosti be amended

3  to permit him to work in the garden outside his residence, under the supervision of his daughter,

4  Renee Foppe, on Sundays from 9:00 a.m. to noon.  All other conditions of release to remain the

5  same.

6    IT IS SO STIPULATED.

7                                                MELINDA HAAG
                                                 United States Attorney

8

9  DATED: 3/2/11                          _____/s/_____
                                                 OWEN MARTIKAN

10                                               Assistant United States Attorney

11

12  DATED: 3/2/11                         _____/s/_____
                                                 DANIEL P. BLANK

13                                               Assistant Federal Public Defender
                                                 Attorney for Donald Thomas Tosti

14

15  IT IS SO ORDERED.

16  DATED:   3/3/11            _Elizabeth D. Laporte_____

17                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge

18

19

20

21

22

23

24

25

26

STIP. & PROP. ORDER                       1